IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01677-MSK-BNB

UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine corporation,

Plaintiff,

v.

WILLIAM B. LINVILLE,
WESLEY B. LINVILLE,
WILEY M. LINVILLE, and
DANIEL MASON,

Defendants.
_____

## ORDER
_____

This is an interpleader action involving the proceeds of a life insurance policy. There are two sets of claimants--the named beneficiary, Daniel Mason, on the one hand, and the Linville's, on the other hand. The case was set for a scheduling conference on January 12, 2006, at 8:30 a.m. The plaintiff appeared at the scheduling conference, as did the Linvilles. Mr. Mason was served with process on December 15, 2005, and his response to the complaint was due on or before January 4, 2006. No response has been received; Mr. Mason has refused to provide to counsel for the other parties his address or telephone number; and the plaintiff was unable to notify him of the date and time of the scheduling conference. Consequently, Mr. Mason failed to appear.

IT IS ORDERED that the parties shall file a motion for default judgment against Mr. Mason, if at all, on or before **January 26, 2006**.

IT IS FURTHER ORDERED that a status conference is set for **March 9, 2006, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. In the event Mr. Mason appears and defends the action prior to March 9, 2006, the status conference also will be used as a scheduling conference. In that event, the parties shall submit a proposed scheduling order on or before **March 2, 2006**.

Dated January 12, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge