IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01677-MSK-BNB

UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine corporation,

        Plaintiff,

v.

WILLIAM B. LINVILLE,
WESLEY B. LINVILLE,
WILEY M. LINVILLE, and
DANIEL MASON,

        Defendants.

---

**ORDER DECLINING TO ADOPT RECOMMENDATION
AND DENYING MOTIONS**

---

THIS MATTER comes before the Court on the Magistrate Judge's Recommendation **(#34)** that the Court grant the Plaintiff's Stipulated Second Amended Motion to Deposit Funds Into the Registry of the Court, for Discharge and Dismissal, and for Award of Amount Due for Attorneys Fees and Costs **(#23),** and that the Court grant the Defendant's Motion for Default Judgment **(#20)** against Daniel Mason. No party has objected to the Recommendation. Having considered the same, the Court

    **FINDS** and **CONCLUDES** that:

In this interpleader action, the Plaintiff, an insurance company, seeks to interplead the amount of $54,000 to the Court. This amount represents the total proceeds of a life, accidental death and dismemberment plan issued to Nancy Mason, the insured.

According to the Complaint, Nancy Mason's spouse, Daniel Mason, is the listed

beneficiary of the policy.  Nancy Mason died in 2004.  Nancy Mason has three children from a previous marriage (William, Wesley and Wiley Linville) who have asserted a competing claim for the plan benefits against Daniel Mason.  The Linvilles contend that their mother's death was a homicide and that Daniel Mason is the primary suspect and therefore cannot receive the insurance benefits.

Daniel Mason was personally served with the Complaint on December 15, 2005.  However, the return of service and the affidavit of personal service do not indicate that Daniel Mason was ever served with a summons (*see* **#13**).  Daniel Mason has not filed an answer or otherwise appeared in this action, and the Clerk of Court entered default against him on January 24, 2006.

The Plaintiff subsequently filed a Stipulated Second Amended Motion to Deposit Funds into the Registry of the Court, for Discharge and Dismissal, and for Award of Amount Due for Attorneys Fees and Costs **(#23)**.  It requests: (1) that the Court order it to submit a check to the Clerk of Court for the amount of insurance proceeds at issue, plus interest; (2) that the Court order the Clerk of Court to issue a check to the Plaintiff in the amount of $8,000; (3) that the Court order the Clerk of Court to issue a check to the Linville Defendants for the balance of the funds; (4) that the Court order that the Plaintiff and its affiliates, successors, assigns and predecessors be discharged and released from any further liability in connection with any amounts payable under the insurance policy at issue; (5) that the Court order that the Defendants be enjoined and restrained from instituting any suit or proceeding against the Plaintiff and its affiliates, successors, assigns and predecessors in another court based upon the policy; and (6) that the Court order this action be dismissed with prejudice.  It filed a separate  motion **(#20)**

requesting the entry of default judgment against Daniel Mason.

The Court cannot conclude that Daniel Mason was properly served with a summons and Complaint pursuant to Fed. R. Civ. P. 4.  Although he was served with the Complaint, there is nothing in the Court file which indicates he was ever served with a summons.  (*See* **#13**).  Therefore, the Court must set aside the Clerk's entry of default against him and deny the stipulated motion.

**IT IS THEREFORE ORDERED** that:

(1)    The Court declines to adopt the Magistrate Judge's Recommendation **(#34)**.

(2)    The Clerk's entry of default against Daniel Mason is set aside, as the return of service and affidavit of service do not indicate that he was served with both a summons and Complaint.

(3)    The Stipulated Second Amended Motion to Deposit Funds Into the Registry of the Court, for Discharge and Dismissal, and for Award of Amount Due for Attorneys Fees and Costs **(#23),** and the Defendant's Motion for Default Judgment **(#20),** are **DENIED**.

Dated this 11th day of May, 2006.

BY THE COURT:

*Marcia S. Krieger*
_____
Marcia S. Krieger
United States District Judge